| Mod. Prob. 22 (Rev. 03/2010) | DOCKET NUMBER: (Trans. Court) |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 4:03CR00036 - 001 |
| | DOCKET NUMBER: (Rec. Court) |
| | 3:12-00174-01 |

RECEIVED IN CLERK'S OFFICE
U.S. DISTRICT COURT
MID. DIST. TENN.

| NAME AND ADDRESS OF PROBATIONER | DISTRICT | DIVISION |
| --- | --- | --- |
| Randell Lee Gillihan | Western Kentucky | Owensboro |
| | NAME OF SENTENCING JUDGE | |
| | Thomas B. Russell, Senior Judge, U.S. District Court | |
| Nashville, TN 37217 | DATES OF SUPERVISED RELEASE | FROM 7/26/2013 | TO 7/25/2016 |

OFFENSE:

Intimidation of A Witness [18 USC 1512(b)(1)]

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee at Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 8, 2012
_Date_

*Thomas B. Russell*, Senior Judge
United States District Court

Thomas B. Russell, Senior Judge, U.S. District Court

CERTIFIED
U.S. District Court
Owensboro, KY
Date: 5-9-12
By: _____
Deputy Clerk

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Middle District   OF   Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/30/12
_Effective Date_

_Todd Campbell_
UNITED STATES DISTRICT JUDGE